FILED

SEP 0 4 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1

2

3

4

5

6

7            **UNITED STATES DISTRICT COURT**

8            **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,                )
                                             )
10                   Plaintiff,              )
                                             )
11          v.                               )        2:12-CR-081-PMP-(RJJ)
                                             )
12  MANUEL MIRANDA RAZO, aka "Fresh",        )
                                             )
13  _____Defendant._____     )

14            **PRELIMINARY ORDER OF FORFEITURE**

15          This Court finds that on September 4, 2012, defendant MANUEL MIRANDA RAZO, aka

16  "Fresh" pled guilty to Counts One and Two of a Ten-Count Criminal Indictment charging him in

17  Count One with Conspiracy to Distribute a Controlled Substance - Cocaine in violation of Title 21,

18  United States Code, Sections 846 and 841(a)(1) and in Count Two with Conspiracy to Distribute a

19  Controlled Substance - Methamphetamine in violation of Title 21, United States Code, Sections 846

20  and 841(a)(1). Criminal Indictment, ECF No. 20

21          This Court finds defendant MANUEL MIRANDA RAZO, aka "Fresh" agreed to the forfeiture

22  of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the

23  Plea Memorandum. Criminal Indictment, ECF No. 20.

24          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

25  America has shown the requisite nexus between the property set forth in the Forfeiture Allegations

26  . . .

1    of the Criminal Indictment and the offenses to which defendant MANUEL MIRANDA RAZO, aka

2    "Fresh" pled guilty.

3        The following assets are subject to forfeiture pursuant to Title 21, United States Code,

4    Section 853(a)(1) and(a)(2); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B)

5    and Title 28, United States Code, Section 2461(c):

6        a.    $6,871.00 in United States Currency, seized from Defendants;

7        b.    Heckler & Koch, Black, 9mm Handgun, Serial Number 24-088771;

8        c.    Smith & Wesson Magnum .357 Revolver, Silver, Serial Number DA40487;

9        d.    Sig Sauer P238, .380 caliber, Black Handgun, Serial Number 27A945232;

10       e.    Mondial 1900 Single Shot Black Handgun, .22 caliber, Serial Number

11             A78870;

12       f.    B&A Revolver, Silver, .22 caliber, No serial number observed; and

13       g.    any and all ammunition ("property").

14       This Court finds the United States of America is now entitled to, and should, reduce the

15   aforementioned property to the possession of the United States of America.

16       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

17   United States of America should seize the aforementioned property.

18       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

19   MANUEL MIRANDA RAZO, aka "Fresh" in the aforementioned property is forfeited and is vested

20   in the United States of America and shall be safely held by the United States of America until further

21   order of the Court.

22       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

23   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

24   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

25   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

26   . . .

1   the name and contact information for the government attorney to be served with the petition,

2   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

3         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

4   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

5         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

6   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

7   following address at the time of filing:

8         Michael A. Humphreys
      Assistant United States Attorney

9         Daniel D. Hollingsworth
      Assistant United States Attorney

10        Lloyd D. George United States Courthouse
      333 Las Vegas Boulevard South, Suite 5000

11        Las Vegas, Nevada 89101.

12        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

13  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

14  following publication of notice of seizure and intent to administratively forfeit the above-described

15  property.

16        DATED this ___4th___ day of ___Sep___, 2012.

17

18

19                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26