FILED

DEC 1 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL MIRANDA RAZO, aka "Fresh", ) <br> ) <br> Defendant. ) | 2:12-CR-81-PMP-(RJJ) |

### FINAL ORDER OF FORFEITURE

On September 4, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MANUEL MIRANDA RAZO, aka "Fresh", to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant MANUEL MIRANDA RAZO, aka "Fresh", pled guilty. Criminal Indictment, ECF No. 20; Minutes of Change of Plea Proceedings, ECF No. 51; Plea Memorandum, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 52.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 9, 2012, through October 10, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 60.

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code,
9 Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title
10 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.   $6,871.00 in United States Currency, seized from Defendants;
    b.   Heckler & Koch, Black, 9mm Handgun, Serial Number 24-088771;
    c.   Smith & Wesson Magnum .357 Revolver, Silver, Serial Number DA40487;
    d.   Sig Sauer P238, .380 caliber, Black Handgun, Serial Number 27A945232;
    e.   Mondial 1900 Single Shot Black Handgun, .22 caliber, Serial Number A78870;
    f.   B&A Revolver, Silver, .22 caliber, No serial number observed; and
    g.   any and all ammunition ("property").

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
20 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
21 as any income derived as a result of the United States of America's management of any property
22 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
23 according to law.

24 . . .
25 . . .
26 . . .

1 |       The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 |       DATED this ___10h___ day of ___Dec___, 2012.

                                                    UNITED STATES DISTRICT JUDGE