Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi A. Ojeda
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Manuel Razo,<br><br>    Defendant. | Case No. 2:12-cr-081-LDG-CWH<br><br>**Motion for Appointment of Counsel** |

Manuel Razo moves for the appointment of counsel to assist him with a supervised-release matter before this Court. 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1. Mr. Razo completed the attached financial affidavit, which he seeks leave to file under seal because it contains his financial information. As the affidavit shows, Mr. Razo cannot afford to hire an attorney at this time. He therefore requests that this Court appoint the Office of the Federal Public Defender and Assistant Federal Public Defender Heidi A. Ojeda to represent him in filing a motion for early termination of supervised release.

DATED: March 3, 2020.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

By: */s/ Heidi A. Ojeda*

Heidi A. Ojeda
Assistant Federal Public Defender

It is so ordered.

Dated: March 6, 2020.

_____
Lloyd D. George
Senior United States District Judge